UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES – GENERAL

Case No. 8:24-cv-00278-KESDate: March 13, 2024

Titles:  Joseph Piros v. Appfolio Inc., et al.

PRESENT:

THE HONORABLE KAREN E. SCOTT, U.S. MAGISTRATE JUDGE

| Jazmin Dorado | Not Present |
|---|---|
| Courtroom Clerk | Court Reporter |
| ATTORNEYS PRESENT FOR PLAINTIFF: | ATTORNEYS PRESENT FOR DEFENDANTS: |
| None Present | None Present |

**PROCEEDINGS (IN CHAMBERS):**   Order TO SHOW CAUSE ("OSC") WHY APPLICATION OF NON-RESIDENT ATTORNEY TO APPEAR PRO HAC VICE SHOULD NOT BE DENIED UNDER LOCAL RULE 83-2.1.3.2(c).

This Court orders Plaintiff Joseph Piros ("Piros") to show cause why Hans. W. Lodge's Application to Appear Pro Hac Vice should not be denied under Local Rule 83-2.1.3.2(c).

On March 8, 2024, this attorney applied for permission to appear pro hac vice.  (Dkt. 14.)

Local Rule 83-2.1.3.2(c) states:

Unless authorized by the Constitution of the United States or Acts of Congress, an applicant is not eligible for permission to practice pro hac vice if the applicant …
is regularly engaged in business, profession, or other similar activities in California.

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

**CIVIL MINUTES – GENERAL**

| | |
|---|---|
| Case Nos. 8:24-cv-00278-KES | Date: March 13, 2024 |
| | Page 2 |

      In 2018, Judge Anderson, of this district, concluded that L.R. 83-2.1.3.2(c) prohibited an attorney—who had appeared pro hac vice five times in this district within the previous three years—from appearing pro hac vice.  Kerstein v. Antelope Valley Hosp., No. 2:18-cv-08960-PA-JPR, 2018 U.S. Dist. LEXIS 231347 at *2, 2018 WL 10111360 at *1 (C.D. Cal. Dec. 13, 2018).  Judge Anderson did so because he concluded that those prior appearances constituted being "regularly engaged in business, profession, or other similar activities in California."  Id.

      This court's research indicates that, within the last two years, Mr. Lodge has appeared pro hac vice in at least ten California federal court cases.

      For these reasons, Piros is ORDERED, on or before March 22, 2024, to show cause in writing why Hans W. Lodge is not "regularly engaged in business, profession, or other similar activities in California" and should not have his Application to Appear Pro Hac Vice denied under Local Rule 83-2.1.3.2(c).  Any response to this OSC shall identify all Mr. Lodge's appearances in California state court in the last three years.

Initials of Deputy Clerk JD